**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10322 |
| Plaintiff - Appellee, | D.C. No. 4:10-cr-01999-RCC |
| v. | |
| CARLOS EDUARDO ROBLES-LOPEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
William F. Downes, District Judge, Presiding[**]

Submitted August 14, 2013[***]

Before:   SCHROEDER, GRABER, and PAEZ, Circuit Judges.

Carlos Eduardo Robles-Lopez appeals from the district court's judgment and

challenges the 51-month sentence imposed following his guilty-plea conviction for

---

[*]   This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]   The Honorable William F. Downes, United States District Judge for
the District of Wyoming, sitting by designation.

[***]   The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(ii)(II).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Robles-Lopez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Robles-Lopez the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Robles-Lopez has waived his right to appeal his sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver.  *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We accordingly dismiss the appeal.  *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**